AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WILLIAM R. MASTERSON

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES

CASE NUMBER: 05-1807 (JDB)

TO: (Name and address of Defendant)

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Masterson
4107 10th St. Ct. East
Ellenton, FL 34222

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                                            DEC 6  2005

CLERK                                                                                       DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 12-27-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| William R. Masterson | |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CERTIFIED MAIL – 7005 1160 0002 5402 6605

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-05-2006          William R. Masterson
           _Date_               _Signature of Server_

4101 10TH ST. CT. EAST ELLENTON FL 34222
           _Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.





## Track & Confirm

**Current Status**

You entered 7005 1160 0002 5402 6605

Your item was delivered at 4:52 am on January 03, 2006 in WASHINGTON, DC 20530.

*Shipment Details >*

**Track & Confirm**
Enter label number:

Track & Confirm FAQs

**Notification Options**

▶ Track & Confirm by email   What is this?   



POSTAL INSPECTORS
*Preserving the Trust*

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use   Privacy Policy