AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WILLIAM R. MASTERSON

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES

CASE NUMBER: 05-1807 (JDB)

TO: (Name and address of Defendant)

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Masterson
4107 10th St. Ct. East
Ellenton, FL 34222

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                                 DEC 6  2005

CLERK  /s/ Laura Chipley                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 01-03-2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| WILLIAM R. MASTERSON | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CERTIFIED MAIL - 7005-1160-0002 5402 6612

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-05-06
           Date

Signature of Server: *William R. Masterson*

Address of Server: 4107 10TH. ST. EAST, ELLENTON, FL 34222

**RECEIVED**
JAN 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
WASHINGTON DC  20530

Postage              $  $1.04
Certified Fee           $2.30                    0185
                                                 06
Return Receipt Fee      $1.75
(Endorsement Required)

Restricted Delivery Fee $0.00
(Endorsement Required)

Total Postage & Fees  $ $5.11          12/27/2005
```

Sent To: KENNETH L. WAINSTEIN
Street, Apt. No.: UNITED STATES ATTORNEY
or PO Box No.: DISTRICT OF COLUMBIA
City, State, ZIP+4: 555 4TH ST. N.W.
WASHINGTON, DC 20530

7005 1160 0002 5402 6612



## Track & Confirm

**Current Status**

You entered 7005 1160 0002 5402 6612

Your item was delivered at 4:52 am on January 03, 2006 in WASHINGTON, DC 20530.

( *Shipment Details >* )

**Track & Confirm**
Enter label number:

Track & Confirm FAQs

**Notification Options**

▶ Track & Confirm by email    What is this?    


POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/netdata-cgi/db2www/cbd_243.d2w/output                    1/4/2006