IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM R. MASTERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No: 1:05-cv-1807 (JDB) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: March 6, 2006.

                                                        Respectfully submitted,

                                                        /s/ Jennifer L. Vozne
                                                        JENNIFER L. VOZNE
                                                        Trial Attorney, Tax Division
                                                        U.S. Department of Justice
                                                        P.O. Box 227
                                                        Ben Franklin Station
                                                        Washington, DC 20044
                                                        Phone/Fax: (202) 307-6555/514-6866
                                                        Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1577358.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on March 6, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> WILLIAM R. MASTERSON
> Plaintiff pro se
> 4107 10TH St. Ct. East
> Ellenton, FL 34222

> /s/ Jennifer L. Vozne
> JENNIFER L. VOZNE

1575418.1