UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM R. MASTERSON,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 05-1807 (JDB)

FILED

MAR 0 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Plaintiff William R. Masterson filed this civil action against defendant United States of America alleging that, beginning in tax year 2000, the Internal Revenue Service disregarded various provisions of the Internal Revenue Code. Defendant filed a motion to dismiss on March 6, 2006. Plaintiff is representing himself, pro se. In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Therefore, the Court hereby advises plaintiff that he must respond to defendant's

-1-

previously filed motion within fourteen days of the date of this order. If plaintiff does not respond, the court will treat the motion as conceded and dismiss the complaint.

**SO ORDERED.**

/s/     John D. Bates

JOHN D. BATES
United States District Judge

Dated:   March 9, 2006

*Copies to:*

WILLIAM R. MASTERSON
4107 10th Street CT East
Ellenton, FL 34222

*Pro se plaintiff*

Jennifer Lynn Vozne
U.S. DEPARTMENT OF JUSTICE
Tax Division, Civil Trial Section, Eastern Region
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
(202) 307-6555
Fax: (202) 514-6866
Email: jennifer.l.vozne@usdoj.gov

*Counsel for defendant*