# United States District Court
## IN THE DISTRICT OF COLUMBIA

William R. Masterson,

        Plaintiff(s),      Case No. 1:05-cv-01807(JDB)

v.

United States

        Defendant.

## MOTION TO FILE OUT OF TIME

Plaintiffs request leave of court to respond to the courts order to file by March 23, 2006. Plaintiffs are untrained in law and do not have access to paralegals, secretaries and/or legal researchers. Also, plaintiff did not receive the order until March 17, 2006 thus allowing plaintiff only six (6) days to prepare and submit his responses. The attached responses required extensive research and writing to respond to defendants motions.

Dated: 3-25, 2006

*William R. Masterson* (signature)
William R. Masterson
4107 10th St. CT East
Ellenton, FL 34222

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated 3-25, 2006

*William R. Masterson* (signature)
William R. Masterson

---

William R. Masterson v. United States.    page 1 of 1 pages    Motion to file out of time

**RECEIVED**
MAR 28 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT