William R. Masterson
4107 10th St. CT East
Ellenton, FL 34222

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

William R. Masterson

        Plaintiff(s),        Case No. 1:05-cv-01807(JDB)

v.

United States
        Defendant.

### RESPONSE TO FOOT NOTE #1 MEMORANDUM IN SUPPORT OF UNITED STATES MOTION TO DISMISS

    Plaintiff(s) respond(s) to foot note #1, memorandum if Support of United States Motion to Dismiss.

    Counsel complains to the court that plaintiff's case is one of more than 50 known cases filed in this Court with identical or nearly identical complaints.

    In making the claims set forth, defense counsel has opened the door to questions regarding the inner workings of his/her department. Plaintiff(s) demand(s) to know exactly how many of these 'nearly identical' cases counsel is responsible for answering. Does Counsel claim to be responsible for answering every case on the submitted list? Counsel has wasted the Courts' and the plaintiff('s)(s') time by squandering his/her efforts on cases other than the ones to which he/she is assigned. If Counsel admits to only being

RECEIVED
MAR 28 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

responsible for one or two cases, counsel has clearly attempted to misrepresent the facts before the Court. Plaintiff(s) do/does not understand Defense Counsels whining. Plaintiff(s) request(s) the Court render a determination as to whether or not Counsel for the Defense is claiming incompetence.

Plaintiff(s) have no idea what counsel wishes either the plaintiff(s) or the court to do with defendants' Notice of related cases. Said pleading does not ask for a response from the plaintiff(s) nor does it request a response from the court, nor does it present any cognizable issue that is relevant to any matter raised in plaintiff('s)(s') complaint.

The record shows that plaintiff(s) have no related cases in this Court or any other United States court. Plaintiff(s) have/has no knowledge of the cases listed in counsel's Notice of Related Cases. Plaintiff(s) have/has not been served copies of the listed cases, nor have/has plaintiff(s) read the listed cases. Plaintiff(s) have/has no knowledge as to who plaintiff(s) are in the listed cases. To the extent that the listed cases allege facts similar to the facts alleged in plaintiff(s)' complaint the listed cases are sufficient to establish a pattern of unlawful activity on the part of the IRS.

Plaintiff(s) request(s) the court to regard defendants' notice as an admission of a pattern of unlawful activity, in violation of 18 U.S.C. §1964(a) - racketeering, by the IRS, and take judicial notice that the aforementioned Notice of Related Cases is evidence that others are also complaining that the IRS is engaging in similar pattern of unlawful activity.

Plaintiff(s), additionally, respectfully request(s) the Court render a determination as to whether defense counsel should be required by the Court to identify exactly how many of the identical cases defense counsel has entered motion and/or answers into this court or in the alternative strike counsel's pleading and grant sanctions to plaintiff(s) to compensate plaintiff(s) for his/her/their time to respond to counsel's frivolous pleading.

Dated 3-25, 2006

*William R. Masterson*
William R. Masterson

### CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on Defendants' Counsel at his address of record.

Dated 3-25, 2006

*William R. Masterson*
William R. Masterson