William R. Masterson
4107 10th St. CT East
Ellenton, FL 34222
941-729-3763

# United States District Court
IN THE DISTRICT OF COLUMBIA

William R. Masterson,

      Plaintiff(s),

Case No. 1:05-cv-01807(JDB)

v.

United States

      Defendant.

### OBJECTION TO MOTION TO DISMISS
### FOR IMPROPER SERVICE

Plaintiff(s')('s) object(s) to and move to strike defendants' motion to dismiss and shows the court as follows:

1. Defendant's motion insults the intelligence of the plaintiff(s) and the court.

2. Defendant sets forth as a motion to dismiss that defendant has been improperly served pursuant to Rule 4(c)(2) alleging that the complaint and summons were served by William R. Masterson.

3. Defendant's attorney is trained and knows the rules and which rules apply to what.

4. Defendant's attorney knows that Rule 4(c)(2) applies to personal service only.

5. Defendant's attorney knows that Rule 4(i)(1)(b) applies to service on the United States as defendants' attorney points out defendants' motion.

6. Defendant's attorney knows that Rule 4(i)(1)(b) is silent as to who may sign the return of service.

William R. Masterson v. United States.   page 1 of 2 pages   request for leave to amend

RECEIVED

MAR 28 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

7. Defendant is in default and has interposed its motion for the sole purpose of delaying this litigation and for increasing the cost and expense of this litigation.

8. The record shows that defendant was properly served in accordance with Civ P. Rule 4(i)(1)(b).

9. The record shows that defendant has not properly answered the complaint.

10. Council's eleventh hour attempt to avoid subject matter and personal jurisdiction by misrepresenting that service was improper is unwarranted by existing law, and fails to present a good faith basis for extension, modification or reversal of existing law. Sanctions under Fed.R.Civ.P 11(b) should be imposed.

Wherefore, plaintiff(s) move the court to strike/deny defendant's motion to dismiss and grant default judgement in favor of the plaintiff(s) for the relief demanded in the complaint.

Dated: 3-25, 2006

_William R. Masterson_
William R. Masterson

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing and a copy of the amended complaint on defendant's attorney at his address of record.

Dated 3-25, 2006

_William R. Masterson_
William R. Masterson