IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| WILLIAM R. MASTERSON, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No: 1:05-cv-1807 (JDB) | |
| | ) | | |
| UNITED STATES, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**UNITED STATES' MOTION FOR EXTENSION OF TIME TO SERVE
RESPONSE TO PLAINTIFF'S MOTION TO FILE OUT OF TIME**

DEFENDANT, the United States, pursuant to Fed. R. Civ. P. 6(b)(1), moves the Court for an extension of time to serve a response to plaintiff's motion to file out of time. The United States requests an additional 11 days or up to and including April 21, 2006, in which to serve a response.

As grounds for this motion, the United States asserts that it needs additional time to consult with the Internal Revenue Service in order to adequately respond to plaintiff's challenges to the regulation and plaintiff's request that the Court exercise equity jurisdiction.

A supporting memorandum and proposed order accompany this request. Also, pursuant to LCvR 7(m), undersigned counsel was unable to obtain plaintiff's consent prior to filing this request.1/

---

1/ Plaintiff did not provide his telephone number when he filed his complaint.

Date: April 10, 2006.

                                                    Respectfully submitted,

                                                    /s/ Jennifer L. Vozne
                                                    JENNIFER L. VOZNE
                                                    Trial Attorney, Tax Division
                                                    U.S. Department of Justice
                                                    P. O. Box 227, Ben Franklin Station
                                                    Washington, D.C.  20044
                                                    Phone/Fax:  (202) 307-6555/514-6866
                                                    Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM R. MASTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 1:05-cv-1807 (JDB) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF UNITED STATES' MOTION FOR EXTENSION OF TIME TO SERVE
RESPONSE TO PLAINTIFF'S MOTION TO FILE OUT OF TIME**

This is a civil action in which plaintiff seeks a refund of federal taxes he alleges were illegally or erroneously collected, an order enjoining the Internal Revenue Service from engaging in further collection activity, and unspecified damages for alleged violations of 26 U.S.C. § 7433.

STATEMENT

1.  <u>Introduction and background.</u>  On September 12, 2005, plaintiff filed the present action.  The United States filed a motion to dismiss on March 6, 2006.  The Court ordered plaintiff to respond to the motion on or before March 23, 2006. (March 9, 2006 Order.)  On March 28, 2006, plaintiff filed the present motion to file out of time which included five attachments or objections. In his objections, plaintiff asserts, in part, the regulation pertaining to filing of administrative

claims for damages is invalid and the Court should invoke its equity jurisdiction.

2. <u>The time for the United States to respond to the motion.</u>  Plaintiff served the present motion on March 25, 2006.  Pursuant to LCvR 7(b) and Fed. R. Civ. P. 6(e), the United States is required to serve a response to the motion on or before April 10, 2006.

3. <u>Relief Requested.</u>  Plaintiff's motion challenges, in part, the validity of the regulation, which explains the appropriate steps to filing an administrative claim for damages.  The United States requires additional time to fully examine, research, and fully respond to plaintiff's challenge.  The Internal Revenue Service advised that it anticipates providing advice and assistance on the regulation by close of business on April 14, 2006.  The United States requests an additional five business days to compose and file its response to plaintiff's motion.

4. <u>The Court has discretion to grant this motion.</u>  Pursuant to Fed. R. Civ. P. 6(b)(1), the Court for cause shown, may enlarge the time for serving a response to the motion.  As the revisers of Professor Moore's treatise on procedure have commented:

> When a party requests an extension before the time
> period has elapsed, pursuant to Rule 6(b)(1), the district
> court usually will be liberal in granting the request.
> Rule 6(b) allows the court to enlarge time periods in its
> discretion "for cause shown."  What cause must be
> shown is not specifically set out in Rule 6(b), but some

>   justification for the enlargement seems to be required.
>   The court generally will find that cause has been shown
>   and grant the extension unless the moving party has
>   been negligent, shown bad faith, or abused the privilege
>   of extensions.

1 Daniel R. Coquillette, et al., <u>Moore's Federal Practice</u>, § 6.06[2], p.6-40.1 (1999) (footnotes omitted); <u>Baden v. Craig-Hallum, Inc.</u>, 115 F.R.D. 582, 585 (D. Minn. 1987).  The United States has not been guilty of negligence or bad faith, nor has the privilege of extensions been abused.

## CONCLUSION

Based upon the foregoing, the United States respectfully requests that the Court grant this motion and extend the time by which the United States must serve a response to plaintiff's motion up to and including April 21, 2006.

DATED:     April 10, 2006.              Respectfully submitted,

                                        /s/ Jennifer L. Vozne
                                        JENNIFER L. VOZNE
                                        Trial Attorney, Tax Division
                                        U. S. Department of Justice
                                        P. O. Box 227, Ben Franklin Station
                                        Washington, DC 20044
                                        Phone/Fax:  (202) 307-6555/514-6866
                                        Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney