IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM R. MASTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 1:05-cv-1807 (JDB) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having considered the UNITED STATES' MOTION FOR EXTENSION OF TIME TO SERVE RESPONSE TO PLAINTIFF'S MOTION TO FILE OUT OF TIME, the supporting memorandum of points and authorities, any opposition and reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED,

ORDERED that the United States must file and serve a response to plaintiff's Motion to File Out of Time on or before April 21, 2006, and it is further

ORDERED that the Clerk shall distribute copies of this order to the individuals listed below.

SO ORDERED this ____ day of _____ 2006 .

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Jennifer L. Vozne
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

William R. Masterson
*Plaintiff pro se*
4107 10TH St. Ct. East
Ellenton, FL 34222