# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIAM R. MASTERSON,         )
)
        Plaintiff,         )
)
     v.                )     No: 1:05-cv-1807 (JDB)
)
UNITED STATES,            )
)
        Defendant.     )

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' MOTION FOR EXTENSION OF TIME TO SERVE RESPONSE TO PLAINTIFF'S MOTION TO FILE OUT OF TIME, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on April 10, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> WILLIAM R. MASTERSON
> *Plaintiff pro se*
> 4107 10TH St. Ct. East
> Ellenton, FL 34222

> /s/ Jennifer L. Vozne
> JENNIFER L. VOZNE

1577332.1