**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WILLIAM R. MASTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 1:05-cv-1807 (JDB) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Having considered plaintiff's motion to file out of time, including all

attachments, the United States' response thereto, and the entire record of this case, the

Court finds that it lacks personal and subject matter jurisdiction over the complaint.  It

is ORDERED that the complaint is DISMISSED.  It is further ORDERED that the Clerk

shall distribute copies of this order to the individuals listed below.

SO ORDERED this _____ day of _____2006 at Washington, DC.


_____
UNITED STATES DISTRICT JUDGE

Copies to:
Jennifer L. Vozne
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

William R. Masterson
*Plaintiff pro se*
4107 10TH St. Ct. East
Ellenton, FL 34222

1662508.1