UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM R. MASTERSON,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Civil Action No. 05-1807 (JDB)

**ORDER**

Upon consideration of defendant's motion, the memoranda of the parties, applicable law, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion issued on this date, it is this twenty-sixth day of April, 2006, hereby

**ORDERED** that this action is **DISMISSED** without prejudice.

                                                  /s/ John D. Bates
                                                  JOHN D. BATES
                                              United States District Judge

*Copies to*:

WILLIAM R. MASTERSON
4107 10th Street CT East
Ellenton, FL 34222

    *Plaintiff pro se*

Jennifer Lynn Vozne
U.S. DEPARTMENT OF JUSTICE
Tax Division, Civil Trial Section, Eastern Region
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
(202) 307-6555
Fax: (202) 514-6866
Email: jennifer.l.vozne@usdoj.gov
    *Counsel for defendant*